UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMIE NARRON,        ) | |
|        Plaintiff,        ) | |
|                          ) | |
| v.                   ) | **JUDGMENT** |
|                      ) | |
|                      ) | No. 5:20-CV-430-FL |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| of Social Security,  ) | |
|        Defendant.      ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 21, 2021, it is ordered that defendant pay to plaintiff $6,200.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00.

**This Judgment Filed and Entered on July 21, 2021, and Copies To:**
Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson   (via CM/ECF Notice of Electronic Filing)

July 21, 2021                         PETER A. MOORE, JR., CLERK

                                                                     /s/ Sandra K. Collins
                                                                  (By) Sandra K. Collins, Deputy Clerk